1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:    (415) 431-4526
4
   Counsel for Plaintiff
5  KATHY LEE

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

   KATHY LEE,                                    ) No.   C-10-0104-MMC
11                                                )
         Plaintiff,                               ) **STIPULATION TO FILE FIRST**
12                                                ) **AMENDED COMPLAINT AND TO**
   v.                                             ) **EXTEND TIME TO RESPOND AS TO**
13                                                ) **NAMED DEFENDANTS;** ~~ORDER~~
   CITY OF SAN LEANDRO, IAN R. WILLIS, in         ) **[Jury Trial Demanded]**
14 his official capacity as Chief of Police in San )
   Leandro, OFFICER DEBORAH TRUJILLO              )
15 (#297), individually and in her official capacity, ) ORDER APPROVING STIPULATION
   SAN LEANDRO POLICE DEPARTMENT,                 ) AND CONTINUING CASE
16 and DOES 1-40,                                  ) MANAGEMENT CONFERENCE
                                                   )
17       Defendants.                               )
                                                   )
18

19 **I.    STIPULATION**

20      Plaintiff Kathy Lee and Defendants CITY OF SAN LEANDRO, IAN R. WILLIS,

21 OFFICER DEBORAH TRUJILLO and the SAN LEANDRO POLICE DEPARTMENT hereby

22 agree and stipulate as follows:

23      Counsel for the above defendants provided a redacted copy of the relevant incident

24 report, from which Plaintiff's counsel was able to discover the names of other officers involved

25

26 STIPULATION TO FILE FIRST AMENDED COMPLAINT
   AND TO EXTEND TIME TO RESPOND AS TO NAMED
   DEFENDANTS; ORDER
   *Lee v. City of San Leandro, et al.*                                          10KL.P002

1  in the subject incident.

2  Plaintiff shall file a first amended complaint pursuant to Federal Rules of Civil

3  Procedure, Rule 15(a), on or before Monday, April 5, 2010.  The above-named Defendants agree

4  to accept service through the Court's ECF system.

5  The response of the above-named defendants to the first amended complaint shall be filed

6  (and served) on or before April 26, 2010, through the Court's ECF system.

7  Plaintiff shall cause the first amended complaint to be served on the to-be-named

8  defendants at the place of employment with the City of San Leandro immediately.

9

10  Date:  March 31, 2010               /s/ Russell A. Robinson
                                        Law Office of Russell A. Robinson
11                                      By:    Russell A. Robinson
                                        Counsel for Plaintiff
12                                      KATHY LEE

13

14  Date:  March 31, 2010               /s/ Matthew A. Lavrinets
                                        Meyers, Nave, Riback, et al.
15                                      By:    Matthew A. Lavrinets
                                        Attorneys for Defendants
16                                      CITY OF SAN LEANDRO, IAN R. WILLIS,
                                        OFFICER DEBORAH TRUJILLO and the SAN
17                                      LEANDRO POLICE DEPARTMENT

18

19  **II.  ORDER**

20  Plaintiff shall file a first amended complaint on or before Monday, April 5, 2010.  The

21  above-named Defendants shall accept service through the Court's ECF system.

22  The response of the above-named defendants to the first amended complaint shall be filed

23  (and served) on or before April 26, 2010, through the Court's ECF system.

24  / / /

25

26  STIPULATION TO FILE FIRST AMENDED COMPLAINT
AND TO EXTEND TIME TO RESPOND AS TO NAMED
DEFENDANTS; ORDER
*Lee v. City of San Leandro, et al.*                - 2 -                                10KL.P002

1  Plaintiff shall cause the first amended complaint to be served on the to-be-named

2  defendants at their place of employment with the City of San Leandro immediately.

3  Further, the Case Management Conference is hereby CONTINUED from April 30, 2010 to May 21, 2010.  A Joint Case Management Statement shall be filed no later than May

4  14, 2010.

5  **IT IS SO ORDERED.**

6

7  Date:  April 2, 2010            _____
                                    Hon. Maxine M. Chesney
8                                   United States District Court, Northern D. Of Cal.

STIPULATION TO FILE FIRST AMENDED COMPLAINT
AND TO EXTEND TIME TO RESPOND AS TO NAMED
DEFENDANTS; ORDER
*Lee v. City of San Leandro, et al.*                - 3 -                                10KL.P002