IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C-10-0104 MMC<br><br>**ORDER VACATING JUNE 4, 2010 HEARING ON DEFENDANTS' MOTIONS TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court are two motions to dismiss plaintiff Kathy Lee's First Amended Complaint: (1) a motion to dismiss filed by defendants City of San Leandro, Chief of Police Ian R. Willis, Detective Neil Goodman, Detective Derrel Ramsey, Officer Louie Brandt, Officer Louie Guillen, and Sergeant Rick DeCosta, filed April 20, 2010; and (2) a motion to dismiss filed by defendant Officer Deborah Trujillo, filed April 26, 2010. Each motion is noticed for hearing on June 4, 2010. Pursuant to the Civil Local Rules of this District, opposition was due no later than May 14, 2010. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). No opposition has been filed.

　　　　Accordingly, the Court deems the matter submitted on the moving papers and VACATES the June 4, 2010 hearing on the motions to dismiss.

//

Further, in light of the pendency of the above-referenced motions to dismiss, the Case Management Conference is hereby CONTINUED from May 21, 2010 to July 23, 2010. A Joint Case Management Statement shall be filed no later than July 16, 2010.

**IT IS SO ORDERED.**

Dated: May 18, 2010

_____
MAXINE M. CHESNEY
United States District Judge