UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KATHY LEE,
        Plaintiff,

   v.

CITY OF SAN LEANDRO, et al.,
        Defendants.
_____/

No. C 10-0104 MMC ENE

**ORDER GRANTING REQUEST FOR ALL INDIVIDUALLY NAMED DEFENDANTS EXCEPT DETECTIVE NEIL GOODMAN TO BE EXCUSED FROM ATTENDING THE ENE SESSION**

Session Date:    July 7, 2010
Evaluator:       William Goodman

     Before the court is defendant's request to excuse all of the individually named defendants except Detective Neil Goodman from participating in the July 7, 2010 ENE before William Goodman. Good cause appearing, the request is GRANTED. The excused defendants shall be available by telephone through the mediation in accordance with ADR L.R. 5-10(f).

     IT IS SO ORDERED.

June 15, 2010           By:           *Elizabeth D. Laporte*
Dated                                                Elizabeth D. Laporte
                                                 United States Magistrate Judge