IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LEE, | No. C 10-0104 MMC |
|     Plaintiff, | |
|   v. | **ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION TO COMPEL** |
| CITY OF SAN LEANDRO, et al., | |
|     Defendants. | |

    Pursuant to Civil Local Rule 72-1, defendants' Motion to Compel Plaintiff's Responses to Written Discovery, filed January 11, 2011, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    The February 25, 2011 hearing before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: January 18, 2011

MAXINE M. CHESNEY
United States District Judge