Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Matthew A. Lavrinets (SBN: 227234)
mlavrinets@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorney for Defendants
CITY OF SAN LEANDRO, POLICE CHIEF IAN R. WILLIS,
DETECTIVE GOODMAN, DETECTIVE RAMSEY,
OFFICER L. BRANDT, OFFICER GUILLEN, and DET. SGT. DeCOSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LEE,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, IAN R. WILLIS, in his official capacity as Chief of Police in San Leandro, OFFICER DEBORAH TRUJILLO (#297), individually and in her official capacity, SAN LEANDRO POLICE DEPARTMENT, DETECTIVE GOODMAN (#282), individually and in his official capacity, DETECTIVE RAMSEY (#307), individually and in his official capacity, OFFICER L. BRANDT (#273), individually and in his official capacity, OFFICER GUILLEN (#291), individually and in his official capacity, DET. SGT. DeCOSTA (#234), individually and in his official capacity, and DOES 1-40,<br><br>           Defendants. | Case No:  C 10-00104 MMC<br><br>**STIPULATION TO CONTINUE DATES CONTAINED IN CASE MANAGEMENT AND PRETRIAL ORDER; [PROPOSED] ORDER**<br><br>First Amended Complaint Filed:<br>April 5, 2010 |

COMES NOW Plaintiff Kathy Lee and Defendants City of San Leandro, Ian R. Willis, Officer Deborah Trujillo, Detective Goodman, Detective Ramsey, Officer L. Brandt, Officer Guillen, Det. Sgt. DeCosta (collectively "Defendants"), and present the following Stipulation;

WHEREAS due to the schedule of counsel for Plaintiff, there has been the need for additional time to complete discovery, and the parties therefore stipulate to the brief extension set forth below to allow them to complete the necessary discovery;

WHEREAS none of the suggested changes will affect the Court's scheduled deadlines;

WHEREAS the Court's August 13, 2010 Case Management and Pretrial Order sets forth the following dates and deadlines:

| | |
|---|---|
| Completion of non-expert discovery: | February 18, 2011; |
| Expert disclosure: | March 11, 2011; |
| Completion of expert discovery: | April 15, 2011; |
| Filing of dispositive motions: | April 29, 2011; |
| Settlement Conference: | February 2011, according to Court's availability; |
| Pretrial Conference: | July 19, 2011; |

IT IS HEREBY STIPULATED by Plaintiffs and Defendants that they request the Court to modify its Case Management and Pretrial Order to set the following dates and deadlines, or soon thereafter as practicable:

| | |
|---|---|
| Completion of non-expert discovery: | April 1, 2011; |
| Expert disclosure: | April 15, 2011; |
| Completion of expert discovery: | April 29, 2011; |

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated:  February 2, 2011 | Respectfully submitted, |
| 2 | | MEYERS, NAVE, RIBACK, SILVER & WILSON |

By:_____/S/_____
Matthew A. Lavrinets
Attorneys for Defendants
CITY OF SAN LEANDRO, POLICE CHIEF IAN R. WILLIS, DETECTIVE GOODMAN, DETECTIVE RAMSEY, OFFICER L. BRANDT, OFFICER GUILLEN, and DET. SGT. DeCOSTA

Dated:  February 2, 2011         LAW OFFICE OF STEPHEN M. FUERCH

By:_____/S/_____
Stephen M. Fuerch
Attorneys for Defendant DEBORAH TRUJILLO

Dated:  February 2, 2011         LAW OFFICE OF RUSSELL A. ROBINSON

By:_____/S/_____
Russell A. Robinson
Attorneys for Plaintiff KATHY LEE

IT IS SO ORDERED

Dated:__February 7, 2011_____                    _____
United States District Judge

1583125_1.DOC

---

2
Stipulation to Continue Dates Contained in Case Management and Pretrial Order; [Proposed] Order  [C 10-00104 MMC]