1   Russell A. Robinson (163937)
    Law Office of Russell A. Robinson
2   345 Grove Street, First Floor
    San Francisco CA 94102
3   Telephone:    (415) 255-0462
    Facsimile:    (415) 431-4526
4
    Counsel for Plaintiff
5   KATHY LEE

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA
                                              104
10  KATHY LEE,                        ) No.    C-10-~~1014~~-MMC
                                      )
11              Plaintiff,            ) **NOTICE OF DISMISSAL OF**
                                      ) **DEFENDANT IAN R. WILLIS UPON**
12  v.                                ) **SPECIFIC TERMS; ORDER**
                                      ) **[Jury Trial Demanded]**
13  CITY OF SAN LEANDRO, OFFICER      )
    DEBORAH TRUJILLO (#297), individually )
14  and in her official capacity, SAN LEANDRO )
    POLICE DEPARTMENT, and DOES 1-40, )
15                                    )
                Defendants.           )
16  _____ )

17                                  **NOTICE**

18          PLAINTIFF hereby gives notice, pursuant to Federal Rules of Civil Procedure, Rule

19  41(a)(1), that she is dismissing named DEFENDANT IAN R. WILLIS.  This dismissal is

20  pursuant to agreement of the parties that each side shall bear its own costs and fees; *i.e.,* a mutual

21  waiver as to these two parties.

22

23  Date:   April 14, 2011              _____*/s/ Russell A. Robinson*_____
                                        Law Office of Russell A. Robinson
24                                      By:     Russell A. Robinson
                                        Counsel for Plaintiff
25                                      KATHY LEE

26
    _____
    NOTICE OF DISMISSAL OF DEFENDANT IAN R.
    WILLIS UPON SPECIFIC TERMS; ORDER
    *Lee v. City of San Leandro, et al.*                    10KL.P011

1

**ORDER**

2
      Pursuant to the above Notice, Defendant IAN R. WILLIS is hereby dismissed

3
**IT IS SO ORDERED.**

4

5
Date:   <u>May 2, 2011</u>

6
      Hon. Maxine M. Chesney
      United States District Court, Northern D. Of Cal.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26