1 | Russell A. Robinson (163937)
  | Law Office of Russell A. Robinson
2 | 345 Grove Street, First Floor
  | San Francisco CA 94102
3 | Telephone: (415) 255-0462
  | Facsimile:   (415) 431-4526
4 |
  | Counsel for Plaintiff
5 | KATHY LEE

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  KATHY LEE,                          ) No.   C-10-~~1014~~ 104 MMC
                                        )
11         Plaintiff,                   ) **NOTICE OF DISMISSAL OF**
                                        ) **DEFENDANTS DETECTIVE RAMSEY,**
12  v.                                  ) **OFFICER L. BRANDT AND OFFICER**
                                        ) **GUILLEN, UPON SPECIFIC**
13  CITY OF SAN LEANDRO, OFFICER        ) **TERMS; ORDER**
    DEBORAH TRUJILLO (#297),            ) **[Jury Trial Demanded]**
14  individually and in her official capacity, )
    SAN LEANDRO POLICE DEPARTMENT,      )
15  and DOES 1-40,                      )
                                        )
16         Defendants.                  )
    _____)
17

18                              **NOTICE**

19      PLAINTIFF hereby gives notice, pursuant to Federal Rules of Civil

20  Procedure, Rule 41(a)(1), that she is dismissing named DEFENDANTS

21  DETECTIVE RAMSEY, OFFICER L. BRANDT, AND OFFICER GUILLEN upon specific

22  terms.

23      This dismissal is pursuant to agreement of the parties that each side

24  shall bear its own costs and fees; *i.e.,* a mutual waiver as to these parties.

25  _____

26  NOTICE OF DISMISSAL OF DEFENDANTS DETECTIVE RAMSEY,
    OFFICER L. BRANDT AND OFFICER GUILLEN UPON SPECIFIC
    TERMS; ORDER
    *Lee v. City of San Leandro, et al.*                          10KL.P01202

Additionally, the three dismissed defendants shall be made available for testimony at trial pursuant to notice and without the need to issue subpoena.

Date: April 15, 2011       /s/ Russell A. Robinson
                           Law Office of Russell A. Robinson
                           By:   Russell A. Robinson
                           Counsel for Plaintiff
                           KATHY LEE

## ORDER

Pursuant to the above Notice, Defendants DETECTIVE RAMSEY, OFFICER L. BRANDT, AND OFFICER GUILLEN are hereby dismissed

**IT IS SO ORDERED.**

Date: May 2, 2011                    Hon. Maxine M. Chesney
                                     USDC, Northern D. Of Cal.