IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHY LEE,

    Plaintiff,

v.

CITY OF SAN LEANDRO, et al.,

    Defendants.

No. C-10-0104 MMC

**ORDER VACATING JUNE 10, 2011 HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

    Before the Court are two motions: (1) defendant Deborah Trujillo's Motion for Summary Judgment or, in the Alternative, for Summary Adjudication of Issues, filed April 29, 2011; and (2) City Defendants' Motion for Summary Judgment, filed April 29, 2011.[1] No opposition to either motion has been filed.[2]

    Having read and considered the papers filed in support of the motions, the Court deems the motions suitable for decision thereon, and VACATES the hearing scheduled for June 10, 2011.

    **IT IS SO ORDERED.**

Dated: May 25, 2011

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] City Defendants are the City of San Leandro, the San Leandro Police Department, Detective Goodman, and Detective Sergeant DeCosta.

[2] The deadline to file opposition was May 20, 2011. (See Amended Civil Minutes, filed May 20, 2011.)